JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANGEL GARCIA,

        **Plaintiff,**

    vs.

**WENDI BLANKENSHIP D/B/A FREDDYS GARAGE; DALE F. WAGNER AS TRUSTEE OF THE WAGNER FAMILY TRUST; and DOES 1 to 10,**

        **Defendants.**

**Case No.: 2:26-cv-04536-PA-BFMx**

Assigned to Percy Anderson

**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**

NOTICE OF VOLUNTARY DISMISSAL

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

SO ORDERED.

DATED:  June 10, 2026                    _____

Percy Anderson
United States District Judge

NOTICE OF VOLUNTARY DISMISSAL